**L. S. JOHNSON, Appellant,**

v.

**Eva GRAMMER et al., Appellees.**

Court of Appeals of Kentucky.

Dec. 10, 1954.

Fritz Krueger, Russell Jones, Somerset, Allen Prewitt, Frankfort, for appellant.

Merial Harris, Somerset, for appellees.

**PER CURIAM.**

Motion for an appeal from the Pulaski Circuit Court. R. C. Tartar, Judge.

We are affirming the judgment in this case which denied the appellant's claim for $2,000 damages for an alleged breach of warranty in the sale of real estate, because we think the proof failed to show a breach of an express warranty and that the lower court properly directed a verdict in favor of the appellees.

The motion for an appeal is overruled, and the judgment is affirmed.